UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

Enrico Taylor

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Complaint for a Civil Case**

Obstruction of Justice/Law Enforcement
Mail Fraud , Criminal Conspiracy
Misclassification of Employee

Case No.
*(to be assigned by Clerk of
District Court)*

*(Write the full name of each plaintiff
who is filing this complaint.   If the
names of all the plaintiffs cannot fit in
the space above, please write "see
attached" in the space and attach an
additional page with the full list of
names.)*

**v.** Nike, Inc
ManpowerGroup US, Inc
Manpower, Inc

Plaintiff requests trial by jury:

☑ Yes   ☐ No

*(Write the full name of each defendant.
The caption must include the names of
all of the parties. Fed. R. Civ. P. 10(a).
Merely listing one party and writing "et
al." is insufficient. Attach additional
sheets if necessary.)*

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should not
contain: an individual's full social security number or full birth date, the full name of a person
known to be a minor, or a complete financial account number. A filing may include only: the last
four digits of a social security number, the year of an individual's birth, a minor's initials, and the
last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness
statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an
application to proceed without prepaying fees or costs.*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Enrico Taylor |
| Street Address | 421 Savannah Circle |
| City and County | O Fallon |
| State and Zip Code | Missouri, 63368 |
| Telephone Number | 718-635-0146 |
| E-mail Address | idiscoverstars@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Nike, Inc |
| Job or Title | |
| Street Address | One Bowerman Drive |
| City and County | Beaverton |
| State and Zip Code | OR 97005 |
| Telephone Number | 503) 671-6453 |
| E-mail Address | rob.leinwand@nike.com |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

Defendant #2
Name : ManpowerGroup US aka ManpowerGroup, Inc
100 Manpower Place
Milwaukee
WI 53212
generalcounsel@manpowergroup.com

2

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A.    Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

### C.    Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.    The Plaintiff(s)

The plaintiff, *(name)* Enrico Taylor , is a citizen of the State of *(name)* Missouri .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2.    The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____ , is a citizen

of the State of *(name)* _____ *Or* is a citizen

of *(foreign nation)* _____ .

If the defendant is a corporation

The defendant, *(name)* Nike, Inc _____ .

is incorporated under the laws of the State of *(name)*

Oregon _____ , and has its principal place of

business in the State of *(name)* Oregon _____ *Or*

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

ManpowerGroup, Inc is incorporated under the law of the state of Wisconsin and has its principal place of business in the state of Wissonsin.

3.    The Amount in Controversy

$50,000,000

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

The direct result of the racketeering and criminal conspiracy to cover up the sexual abuse of a worker, the misclassification of a worker and the obstruction of justice for a fair investigation into the sexual abuse of a worker led to the plaintiff selling 50% of their business, filing for bankruptcy and mental stress. The modern world needs to be able to see companies held accountable for their actions and not just paying off police, DAs and anyone who could keep the truth from surfacing. Nike has a long list of accusations that has been unsustained, but the Plaintiff fought to get the evidence to hold Nike and Manpower accountable for their illegal actions. May the floodgates open.

4

### III.  Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1.  What happened to you?   As a result of the Defendant's racketeering, my business and credit suffered irreparable harm.

2.  When did it happen?   06/13/2025

3.  Where did it happen?   St . Charles, Missouri

4.  What injuries did you suffer?   My credit suffered, eviction, selling half of my business and mental damage

5.  What did each defendant personally do, or fail to do, to harm you?

Nike and ManpowerGroup have an illegal agreement to misclassify employees and work together to conceal evidence of sexual abuse from claimants that are "temporary workers". Effectively working together to obstruct justice and interfere woth police investigations, letting critical evidence "expire" despite active ESI holds. This obstruction of justice led to the unresolved termination of an employee with whom the Plaintiff shares joint liability for the payment of rent where the Plaintiff's business operated from. The Defendants not only ignored an active ESI hold to intentionally allow the surveillance video of the sexual abuse expire to save face, but influenced the detective Sykes of the St.Charles Police department to not investigate the sexual abuse but instead rely soley on their own "investigation" which ommited the report of the victim to Nike and Manpower but made sure to report the alleged inapporpiateness of the Plaintiff's relative of which the Plaintiff shares financial obligations that no longer could be fulfilled soley by the plaintiff after the criminal conspiracy was carried out to wrongfully terminate that employee.

### IV.  Relief

State briefly and precisely what damages or other relief you want from the Court.  Do not make legal arguments.

I would like the federal government to investigate the relationship between Nike and Manpower including seeing how long does Manpower retain "temp workers" for Nike year after year without permenant hiring and investigate Nike's influence over the St Charles, Missouri Police department and DA office who worked together to hide transparency for the investigation that never took place.

I would like actual and punitive damages to be awarded to me and a ruling that sets a precedent that no company is above the law.

5

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☑  No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☑ No ☐

Do you claim punitive monetary damages?

Yes ☑ No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

Actual damages between 10 years of credit ruined due to bankruptcy and selling half of my business are along the lines of $1 Million. Punitave damages $49 Million to make not only an example out of Nike and Manpower but also to discourage any other companies from thinking they can get away with criminal actions just because they are billion dollar companies.

**V.      Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___4th___ day of ___May_____, 20 _26_.

Signature of Plaintiff(s) _____

6