**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ENRICO TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No. 4:26-cv-00681-SEP |
| NIKE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MEMORANDUM AND ORDER</u>**

Before the Court is self-represented Plaintiff Enrico Taylor's Application to Proceed in District Court Without Prepayment of Fees and Costs and his Corrected Application.  *See* Docs. [2], [4].  Plaintiff has not indicated in either the Application or the Corrected Application whether, in the past 12 months, he has received income from rent payments, interest, or dividends; pension, annuity, or life insurance; disability or worker's compensation payments; gifts or inheritance; or any other sources.  Further, Plaintiff states that in the past year he sold 50% of his company, but he does not indicate how much income he received from the sale. Because they are incomplete, the Court denies both applications without prejudice.  To continue this action, Plaintiff must either pay the full $405 filing fee or file a complete application, answering all the questions, including all sources of income and amounts.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application and Corrected Application to Proceed in District Court Without Prepaying Fees and Costs, Doc. [2], [4], are **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that within **21 days**, Plaintiff shall either pay the $405 filing fee or file a complete application, as set forth above.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail Plaintiff a form Application to Proceed in District Court Without Prepaying Fees or Costs.

Dated this 29th day of May 2026.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE