**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ENRICO TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | )     No. 4:26-cv-00681-SEP |
| NIKE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of the file.  On May 29, 2026, the Court ordered Plaintiff to either pay the filing fee or file a complete Application to Proceed in District Court Without Prepaying Fees or Costs no later than June 19, 2026.  Doc. [6].  Plaintiff was warned that failure to comply would result in dismissal of the matter without prejudice.  Id.  Nearly two weeks after the deadline, Plaintiff has neither paid the filing fee nor filed a new Application.  The Court will therefore dismiss this action due to Plaintiff's failure to comply with the Court's Order.  *See* Fed. R. Civ. P. 41(b); *Dudley v. Miles*, 597 F. App'x 392 (8th Cir. 2015) (per curiam) (affirming dismissal without prejudice where self-represented plaintiff failed to file an amended complaint despite being cautioned that dismissal could result from failure to do so); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.  A separate Order of Dismissal will issue herewith.

**IT IS FURTHER ORDERED** that an appeal of this Order would not be taken in good faith.

Dated this 1st day of July, 2026.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE